```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 14720
   ANGEL VELAZQUEZ
   ELVA VELAZQUEZ                               CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
            Debtor
   SSN XXX-XX-0195      SSN XXX-XX-4075
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/15/07 and confirmed on 04/04/08.

   2.  The case was dismissed after confirmation, 06/06/2008.

   3.  The Debtor paid a total of $  10644.00 .

   4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | 9353.40 | .00 | 9353.40 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 25370.77 | .00 | 673.25 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CONSUMER FINANCIAL SERVI | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| MAZDA AMERICAN CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| SENEX SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |

         Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 34724.17 | .00 | .00 | .00 | 34724.17 |
| PRINCIPAL PAID | 10026.65 | .00 | .00 | .00 | 10026.65 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 10026.65 | .00 | .00 | .00 | 10026.65 |

The Debtor's attorney, HAROLD M SAALFELD         , was allowed $   3500.00
and was paid $    371.00  direct and $      .00  through the plan.

The Trustee received $    617.35 .

Refunds to the Debtor totaled $       .00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 09/10/08                          /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE
```